IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS RITTER, by and through his parent, Kenneth Ritter, and KENNETH RITTER, in his own right,<br><br>     Plaintiffs,<br><br>  v.<br><br>PASSAVANT MEMORIAL HOMES,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 2:22-cv-1407<br><br>The Hon. Marilyn J. Horan |

### RULE 12(b)(1) and (6) MOTION TO DISMISS

AND NOW, comes the Defendant, Passavant Memorial Homes, by and through its attorneys, Dickie, McCamey & Chilcote, P.C., and pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), respectfully requests this Honorable Court to enter an Order dismissing with prejudice Plaintiffs' claims under Titles III and V of the Americans with Disabilities Act and § 504 of the Rehabilitation Act of 1973. Passavant Memorial Homes requests such relief as Plaintiffs lack standing to pursue the equitable remedies they seek under these federal statutes, and fail to set forth colorable claims upon which the monetary damages they request may be awarded under Titles III or V of the ADA or § 504 of the Rehabilitation Act.

Passavant Memorial Homes also respectfully requests the Court dismiss this action for lack of subject matter jurisdiction. Specifically, as Plaintiffs' federal claims fail to present justiciable, colorable claims, and as Plaintiffs' remaining negligence claim concerns a dispute between parties with the same citizenship, the Court is without federal question or diversity jurisdiction over this action.

In support of this requested relief, Passavant Memorial Homes incorporates by reference herein the brief accompanying this Motion to Dismiss.

WHEREFORE, Defendant, Passavant Memorial Homes, respectfully requests this Honorable Court to enter an Order granting the relief requested in this Motion to Dismiss.

Respectfully submitted by,

DICKIE, McCAMEY & CHILCOTE, P.C.

Anthony J. Rash, Esquire
Pa. I.D. #55944
Tele. No.:  412.392.5222
E-mail:  arash@dmclaw.com

Jeffrey R. Hantz, Esquire
Pa. I.D. #208716
Tele. No.:  412.392.5308
E-mail:  jhantz@dmclaw.com

Two PPG Place – Suite 400
Pittsburgh, PA  15222
Main Tele. No.:  412.281.7272

Attorneys for Defendant,
Passavant Memorial Homes

## CERTIFICATION OF COUNSEL

I, Anthony J. Rash, Esquire, hereby certify this 6th day of December, 2022 that at 10:00 a.m., on November 23, 2022, my colleague, Jeffrey R. Hantz, Esquire and I spoke via telephone with Plaintiffs' counsel in this action, Lisa Postlewait, Esquire, regarding Defendant's Motion to Dismiss. During our 30-minute conversation, it was discussed and confirmed that:

1. Plaintiffs are seeking in this action compensatory damages under the Titles of the Americans with Disabilities Act referenced in Plaintiffs' Complaint;

2. Plaintiffs are not asserting a claim for negligent infliction of emotional distress, but are asserting claims for emotional distress concerning the events alleged in their Complaint;

3. Plaintiffs' claims under the ADA and § 504 of the Rehabilitation Act of 1973 are not education-related, but rather concern care and supervision of Nicholas Ritter while he was a resident of Passavant Memorial Homes' programs for children and young adults with disabilities, as well as Kenneth Ritter's retaliation contentions;

4. Kenneth Ritter does not intend to return his son, Nicholas, to any of Passavant Memorial Homes' programs; and

5. Although intending to move to dismiss Plaintiffs' federal-question claims, the defense was open to reviewing any case law supporting Plaintiffs' claims for the equitable and monetary relief sought under their Complaint.

Anthony J. Rash

# CERTIFICATE OF SERVICE

I, Jeffrey R. Hantz, Esquire, hereby certify that true and correct copies of the foregoing were served this 6th day of December, 2022 upon the below-listed counsel of record via CM/ECF means.

Lisa Postlewait, Esquire
Kristen C. Weidus, Esquire
Ruder Law, LLC
525 Penn Street
Pittsburgh, PA 15227
*Attorneys for Plaintiffs*

Thomas W. King , III, Esquire
Jordan P. Shuber, Esquire
Thomas E. Breth, Esquire
Dillon, McCandless, King, Coulter & Graham L.L.P.
128 West Cunningham Street
Butler, PA 16001
*Co-Counsel for Passavant Memorial Homes*

DICKIE, McCAMEY & CHILCOTE, P.C.

Jeffrey R. Hantz, Esquire
Pa. I.D. #208716
Tele. No.: 412.392.5308
E-mail: jhantz@dmclaw.com

Two PPG Place – Suite 400
Pittsburgh, PA 15222
Main Tele. No.: 412.281.7272

Attorneys for Defendant,
Passavant Memorial Homes