IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS RITTER, *by and through his parent, Kenneth Ritter*, and KENNETH RITTER, *in his own right*, <br><br> Plaintiffs, <br><br> v. <br><br> PASSAVANT MEMORIAL HOMES, <br><br> Defendant. | 2:22-cv-1407 <br><br> Judge Marilyn J. Horan |

**ORDER**

AND NOW, on this 7th day of February 2023, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Complaint and accompanying brief, (ECF Nos. 14 & 15), Plaintiffs' Response, (ECF No. 16), and Defendant's Reply Brief, (ECF No. 17), it is hereby ordered that Defendant's Motion to Dismiss Plaintiffs' Complaint is granted. Plaintiffs are not granted leave to amend their Section 504 and ADA claims at Counts I, II, III, and IV. Count V of the Complaint is dismissed without prejudice to refile in state court. Plaintiffs' Complaint is dismissed. The Clerk is to mark the case closed.

Marilyn J. Horan
United States District Judge